```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MEGAN T. HOPKINS, #294141
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
 5
    Attorneys for Defendant
 6  GREGORY KNIGHT
```

FILED

AUG 27 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-MJ-00069 MJS |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) BAIL REVIEW HEARING; |
| vs. | ) ORDER THEREON |
| GREGORY KNIGHT, | ) DATE:   September 4, 2015 |
| | ) TIME:   1:00 PM |
| Defendant. | ) JUDGE: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for August 28, 2015, **may be continued to September 4, 2015, at 1:00 PM.**

The evaluator responsible for recommending placement at a residential counselling program has not been allowed access to speak with the defendant this week, due to security concerns at Fresno County Jail. Defense counsel has been advised that she plans to meet with the defendant and prepare the report on September 1, 2015 or September 2, 2015. The requested continuance will conserve time and resources for all parties and the Court.

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 27, 2015        By:    /s/ Megan T. Hopkins
                                     MEGAN T. HOPKINS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     GREGORY KNIGHT

DATED: August 27, 2015        By:    /s/ Susan St. Vincent
                                     SUSAN ST. VINCENT
                                     Legal Officer
                                     National Park Service
                                     Yosemite National Park

ORDER

Good cause appearing, the above Stipulation to Continue Bail Review Hearing in Case No. 6:15-MJ-00069 MJS is hereby accepted and adopted as the Order of this Court. The Bail Review Hearing is now set for September 4, 2015 at 1:00 PM in Courtroom 6 (MJS), Fresno.

DATED: August 27, 2015

_____
MICHAEL J. SENG
United States Magistrate Judge